PETITION FOR WRIT OF HABEAS COURT
FEDERAL

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

APR 29 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

PAGE 1 OF 1

IN THE
UNITED STATES DISTRICT COURT CLERK NW.
RICHARD B. RUSSELL, FEDERAL
BUILDING
75 TURNER DR. NW # 2211, ATLANTA, GA 30303.

1:20-CV-1865

| | |
|---|---|
| IN THE MATTER OF:<br>JIMMIE HOOD.     PLAINTIFF;<br><br>vs.:<br>         DEFENDANT(S).<br><br>FULTON COUNTY SUPERIOR COURT<br>CRIMINAL COURT<br>176 PRIOR ST. ATLANTA, GA 30303.<br>SUITE T-4655<br>MAGISTRATE JUDGE: -<br>NEW KIRK. | CASE CIVIL ACTION No._____<br>FEDERAL PETITION FOR WRIT OF HABEAS CORPUS<br>CIVIL SUIT:<br>NOTICE MOTION TO SUBPEONA PRODUCTION OF DOCUMENTS IN PRIVATE SUPERIOR COURT, IN REGARDS INMATES / PRISONER'S COURT CASE FILES, PURSUANT TO THE "FOIA ACT," FEDERAL PRIVACY ACT; IN THE MATTER OF: VAHGN vs.: ROSEN, THE VAHN INDEX DOCTRINE.<br>INMATE'S CASE No. ~~19SC169716~~  19SC169716<br>INMATE'S CIVIL CASE#: 2020CV332319 |

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT AND TO ALL INTEREST PARTIES:

OPENING BRIEF:

PLEASE TAKE NOTICE THAT: THE PRIVATE PARTY IS BRINGING A CIVIL SUIT IN FEDERAL COURT, CLAIMING A VIOLATION OF HIS CIVIL "U.S. CONSTITUTIONAL RIGHTS TO FREEDOM OF LIBERTY, (US CONSTITUTION), AMENDMENT ARTICLE § 1. STATES THAT: A PRIVATE CITIZENS HAVE CONSTITUTIONAL RIGHTS ACCORDING TO FEDERAL AND STATE LAW TO BE FREE TO CIVIL LIBERTY EXCLUDING SERVITUDE.

IN THE EVENT: THE PRIVATE CITIZEN IS CHALLENGING HIS CONVICTION OF CONFINEMENT PURSUANT TO: 42 U.S.C. (1983), STATES THAT: A PRIVATE CIVIL CITIZEN IS ENTITLED TO ENTIRE CONSTITUTIONAL RIGHTS TO THE TREATIES OF THE UNITED STATES ACCORDING TO THE 16 BILLS OF RIGHTS. THAT A PRIVATE CITIZEN IS EXCLUDED FROM FALLING WITHIN( THE MEANING OF A PERSON); SUCH AS AN INMATE OR A PRISONER, GIVING RISE TO THE CLAIM IN THIS CIVIL CLAIM REQUESTING FOR THE UNITED STATES DISTRICT COURT JUDGE TO MANDATE AN ORDER VACATING A SUPERIOR COURT RULING AND TO RENDER AND ORDER THE LOWER COURT TO SUBMITT ALL ENTIRE CHARGES AND CRIMINAL INDICTMENT(S) IN TO THE FEDERAL COURT TO BE REVIEWED ACCORDING TO LAW.

DATE: 04/01/20

_____
SIGNATURE:

RESPECTFULLY SUBMITTED:

JIMMIE HOOD
PRINT: